IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT BOYD and | : | CIVIL ACTION |
| PAMELA BOYD, H/W, | : | |
| Plaintiffs, | : | NO. 10-5978 |
| | : | |
| v. | : | |
| | : | |
| ALLIED PROPERTIES and | : | |
| CONCORD MALL, | : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 15th day of April, 2011, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 5) and Plaintiff's Opposition thereto (Dkt. No. 6), it is hereby ORDERED that the Motion is GRANTED.

**BY THE COURT:**

/s/ C. Darnell Jones, II

**C. DARNELL JONES, II,   J.**